UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  )  Case No: 18-54207-mbm
Andrew Lawrence Kukla (xxx-xx-8436)  )
Bethann Marie Kukla (xxx-xx-5779)  )  Chapter 13
43600 Appomattox Court  )
Canton, MI  48188  )
                                   Debtors  )  Hon. Marci B. McIvor

### NOTICE OF DEBTORS' OBJECTION TO CLAIM OF TOYOTA LEASE TRUST (CLAIM # 31)

Debtors have filed papers with the Court to object to the claim of Toyota Lease Trust (Claim # 31). **Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to enter an order granting Debtor the requested relief or if you want the Court to consider your view on the Objection, at least (7) days prior to February 21, 2019 (the date set for hearing on the objection), you or your attorney must:

1. File with the Court a written response or an answer, explaining your position, at: United States Bankruptcy Court, 211 West Fort St., Suite 700, Detroit, Michigan 48226.  If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.  You must also mail a copy to:

Gudeman & Assoc., P.C.              Chapter 13 Trustee – David Ruskin
1026 W. Eleven Mile Road            26555 Evergreen Suite 1100
Royal Oak, MI, 48067                 Southfield, MI 48076

2. Attend the hearing on the objection, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

The hearing is scheduled for February 21, 2019, at 9:00 am.

The hearing will be held at:  211 West Fort St., Room 1875, Detroit, MI 48226.  **If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be cancelled, and the objection sustained.**

                                               */s/ Brian Rookard*
                                               Brian A. Rookard (P-69836)
                                               Gudeman & Associates, P.C.
                                               Attorneys for Debtor
                                               1026 W. Eleven Mile Rd.
                                               Royal Oak, MI 48067
                                               Ph: 248-546-2800
Dated: January 17, 2019                  brookard@gudemanlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>Andrew Lawrence Kukla (xxx-xx-8436)<br>Bethann Marie Kukla (xxx-xx-5779)<br>43600 Appomattox Court<br>Canton, MI 48188<br>　　　　　　　　　　　　　　Debtors | Case No: 18-54207-mbm<br>Chapter 13<br>Hon. Marci B. McIvor |

## DEBTORS' OBJECTION TO CLAIM OF
## TOYOTA LEASE TRUST (CLAIM # 31)

NOW COME Debtors, by and through Counsel, and for their objection to the claim of Toyota Lease Trust (Claim # 31) state as follows:

1. Debtors filed for Chapter 13 bankruptcy relief on October 19, 2018.

2. Debtors are the lessees of a 2016 Toyota Rav4 through lessor Toyota Lease Trust. Debtors listed this claim on their Chapter 13 plan as current, to be paid directly.

3. Toyota Lease Trust filed its proof of claim on December 24, 2018, listing a total arrearage in the amount of $349.39.

4. According to the documentation attached to the proof of claim, said arrearage is actually a deferred payment from 3/16/2018.

5. The arrearage portion of the claim is objectionable because the aforementioned deferred payment was a contractual agreement between the parties and they are considered current. Debtors have also continued to make all of their lease payments to Creditor post-petition, and thus are contractually current.

WHEREFORE, for the foregoing reasons, Debtors request that this honorable Court disallow the arrearage portion of the claim of Toyota Lease Trust, in the amount of $349.39, Claim # 31 and allow the balance of Creditor's claim in full.

　　　　　　　　　　　　　　　　　　　*/s/ Brian Rookard*
　　　　　　　　　　　　　　　　　　　Brian A. Rookard (P-69836)
　　　　　　　　　　　　　　　　　　　Attorneys for Debtor
　　　　　　　　　　　　　　　　　　　1026 W. Eleven Mile Rd.
　　　　　　　　　　　　　　　　　　　Royal Oak, MI 48067
　　　　　　　　　　　　　　　　　　　Ph: 248-546-2800
Dated: January 17, 2019　　　　　　　brookard@gudemanlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>Andrew Lawrence Kukla (xxx-xx-8436)<br>Bethann Marie Kukla (xxx-xx-5779)<br>43600 Appomattox Court<br>Canton, MI 48188<br>           Debtors | Case No: 18-54207-mbm<br>Chapter 13<br>Hon. Marci B. McIvor |

### (PROPOSED) ORDER DISALLOWING THE CLAIM OF TOYOTA LEASE TRUST (CLAIM # 31)

This matter having come before the Court upon the objection of Debtors to the claim of Toyota Lease Trust (Claim # 31), all interested parties having been served with notice of the objection, no objections having been received, or in the alternative a hearing having been held and the court being fully advised in the premises:

IT IS ORDERED that that the arrearage portion of the claim of Toyota Lease Trust (Claim # 31), in the amount of $349.39, is disallowed. The balance of Creditor's claim is allowed as filed.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>Andrew Lawrence Kukla (xxx-xx-8436)<br>Bethann Marie Kukla (xxx-xx-5779)<br>43600 Appomattox Court<br>Canton, MI 48188<br><br>                                    Debtors | Case No: 18-54207-mbm<br><br>Chapter 13<br><br>Hon. Marci B. McIvor |

## CERTIFICATE OF SERVICE

Counsel for Debtor certifies that on January 17, 2018, he served the documents listed below on the parties listed below and that he served the same either by way of electronic notification through the ECF system or by mailing the same by way of first class mail through the United States Postal Service, postage prepaid.

DOCUMENTS SERVED

- *Debtor's Objection to the Claim of Toyota Lease Trust (Claim # 31)*
- *Notice of Objection*
- *Proposed Order, and this*
- *Certificate of Service*

PARTIES SERVED

- *Chapter 13 Trustee, David Ruskin (by way of ECF)*

- *Toyota Lease Trust*
  *c/o Toyota Motor Credit Corporation*
  *Po Box 9013*
  *Addison, TX 75001*

                                      */s/ Brian Rookard*
                                      Brian A. Rookard (P-69836)
                                      Gudeman & Associates, P.C.
                                      Attorneys for Debtor
                                      1026 W. Eleven Mile Rd.
                                      Royal Oak, MI 48067
                                      Ph: 248-546-2800
Dated: January 17, 2019             brookard@gudemanlaw.com