UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-54207-mbm |
| Andrew Lawrence Kukla (xxx-xx-8436) | ) | |
| Bethann Marie Kukla (xxx-xx-5779) | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Hon. Marci B. McIvor |

## **ORDER CONFIRMING PLAN**

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Gudeman & Associates, P.C., Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $FEEAPP in fees and $FEEAPP in expenses, and that the portion of such claim which has not already been paid, to-wit: $FEEAPP shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[X]   Class 9 unsecured creditors shall be paid 100% on their duly filed proofs of claim.

[X]   The Debtor(s) shall remit 0% of all tax refunds to which Debtor(s) is/are entitled during the pendency of the case and shall not alter withholdings without Court approval.

[X]  The Debtors' Plan payments shall be increased to $833.00 semi-monthly effective 4/4/19.

[X]  The claim of Navient PC Trust (PACER Claim No. 34) shall be paid as a Class 4.3 claim, to be paid by the Trustee, beginning with the May 1, 2019 Payment, in the amount of $261.00 per month.

[X]  For clarification purposes, the language in Section II.B. of the Plan referencing the justification for the step increases shall be stricken. The step increases in this case shall occur as follows: Plan payments shall be increased to $915.00 semi-monthly effective 6/1/2020, to $968.00 semi-monthly effective 9/1/2021, to $1,010.00 semi-monthly effective 7/1/2022, to $1,020.00 semi-monthly effective 11/1/2022, and to $1,063.00 semi-monthly effective 3/1/2023.

[X]  Other: The Debtors agree that the liquidation analysis requires the payment of no less than $1,100.00 to Class 9 unsecured creditors, based on the transfer to Karl N. McKennon.

**Objections Withdrawn**

Approved:

/s/ Thomas D. DeCarlo attorney for      /s/ Brian Rookard (P-69836)
Chapter 13 Standing Trustee             Attorney for Debtor
David Ruskin                            Gudeman & Associates, P.C.
26555 Evergreen, Suite 1100             1026 W. Eleven Mile Rd.
Southfield, MI 48076                    Royal Oak, MI 48067
                                        248-546-2800

**Signed on April 10, 2019**



/s/ Marci B. McIvor

Marci B. McIvor
United States Bankruptcy Judge